FILED
2017 Aug-23  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BROOKLINE SPECIAL SITUATIONS FUND LLC and MAC LLC,** )<br>)<br>)<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CUP FOOD YOU PICK UP LLC et al.,** )<br>)<br>    **Defendants.** )<br>) | **Case No.: 2:16-CV-388-VEH** |

## ORDER

The Court having been advised that the parties in this action have reached a settlement (doc. 31), it is **ADJUDGED** that this action is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid, subject to the right of any party to reopen the action within sixty (60) days from the entry date of this Order, upon good cause shown, or to submit a stipulated form of final judgment. The Court expressly retains jurisdiction to enforce the settlement agreement.

**DONE** and **ORDERED** this the 23rd day of August, 2017.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge